IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-CV-00663 - GMS |
| ) | |
| CAREFX CORP., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN, that Sentillion, Inc., the plaintiff in the above-captioned action, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice.

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : (617) 395-7000

Dated: January 11, 2006

Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
    Attorneys for Sentillion, Inc.